IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY V. BORQUEZ, | ) | 1:07-cv-00879 LJO GSA |
| | ) | |
| | ) | ORDER REGARDING REQUEST FOR |
| | ) | EXTENSION OF TIME |
| | ) | (Document 8) |
| Plaintiff, | ) | |
| | ) | ORDER DISCHARGING ORDER TO |
| vs. | ) | SHOW CAUSE |
| | ) | (Document 7) |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 20, 2007, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. On June 20, 2007, Plaintiff also filed a motion to proceed in forma pauperis. Thereafter, on June 22, 2007, this Court granted Plaintiff's motion to proceed in forma pauperis and ordered that the Clerk of this Court issue summons and the United States marshal serve a copy of the complaint, summons and order upon the defendant "as directed by the plaintiff." (Document 3.) The order granting the motion included the following attachments: (1) Instructions and Notice of Submission and (2) USM-285 Form. The instructions directed Plaintiff to provide the clerk's office with the original and five copies of the Summons, five copies of the order directing service by the U.S. Marshal, five copies of the complaint, one completed USM-285 form addressed to the Social Security Administration and five copies of any other documents to be served. Plaintiff was served with the aforementioned order and attachments

1

by mail on June 26, 2007.

As of January 8, 2008, Plaintiff had not submitted the required documents to the clerk's office for service by the United States Marshal on the defendant(s).  Therefore, this Court issued an order for Plaintiff to show cause why the action should not be dismissed for his failure to submit the required documents and to prosecute this action in a timely manner.  (Document 7.)  On January 25, 2008, Plaintiff filed a written response to the Order to Show Cause.  (Document 8.)  Plaintiff explained that he has had difficulty finding a lawyer to assist with this matter and he did not understand what documents to send to the court.  Plaintiff has requested additional time to obtain a lawyer and to submit the correct paperwork.

Good cause appearing, the Order to Show Cause issued on January 7, 2008, is DISCHARGED and Plaintiff's request for additional time is GRANTED.  Plaintiff is ORDERED to submit the required paperwork to the clerk's office for service by the United States Marshal within twenty (20) days of the date of this Order.  Failure to respond to this Order within the time specified will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 30, 2008**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE