# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY V. BORQUEZ, | ) | 1:07-cv-00879 LJO GSA |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 11) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

On June 20, 2007, Plaintiff, proceeding pro se and in forma pauperis, filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits.

On March 11, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be dismissed for failure to obey a court order. This Findings and Recommendation was served on all parties and contained notice that objections to the Findings and Recommendation were to be filed within 30 days of the date of service of the order. More than 30 days have passed, and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  The Findings and Recommendation issued March 11, 2008, is ADOPTED IN
3      FULL; and
4  2.  This action is dismissed for Plaintiff's failure to obey the court's order entered
5      January 30, 2008.

6  The clerk is directed to close the action.

7  IT IS SO ORDERED.

8  **Dated:   April 17, 2008**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE